
**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **In re: GARY LAWRENCE OZENNE**, | No. 11-60039 |
| Debtor, | BAP No. 11-1208 |
| _____ | |
| **GARY LAWRENCE OZENNE**, | **ORDER** |
| Appellant, | |
| v. | |
| **CHASE MANHATTAN BANK; OCWEN LOAN SERVICING; OCWEN FEDERAL BANK FSB**, | |
| Appellees. | |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.